UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASPEN EXPLORATION, INC., | § | CASE NO. 08-50325 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## NOTICE OF ISSUANCE OF SUBPOENAS
## UNDER BANKRUPTCY RULE 2004(c)

Pursuant to Bankruptcy Local Rule 2004(d), notice is provided that subpoenas for records issued under Fed. R. Bankr. P. 2004(c) have been served on the following entities:

E. Eldridge Goins, Jr., Partner
Goins, Underkofler, Crawford & Langdon, LLP
Renaissance Tower – Suite 4800
1201 Elm Street
Dallas, Texas 75270

Jim Alee Imports, Inc.
dba Rusty Wallis Volkswagen
℅ Conrad Kasselman, its registered agent
770 Founders Square
900 Jackson Street, LB9
Dallas, Texas 75202

CT Corporation Systems
Registered Agent for Comerica Bank
350 N. St. Paul
Dallas, Texas 75201

Copies of these subpoenas are available upon written request to the undersigned attorney.

Respectfully submitted,

*/s/ Heather H. McIntyre*
Heather H. McIntyre          TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay, Suite 2900
Houston, Texas 77002
Tel: (713) 759-0818
Fax: (713) 759-6834
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the parties on the attached Service List by ECF and/or first-class U.S. mail, postage prepaid, and/or email, as indicated, on September 21, 2010.

*/s/ Heather H. McIntyre*
Heather H. McIntyre

1774087-1:ASPEN:0002