

ENTERED
05/11/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
ASPEN EXPLORATION, INC., § CASE NO. 08-50325
§ (Chapter 7)
DEBTOR §

### STIPULATION AND ORDER REGARDING CLAIM NUMBER 222 FILED BY GARY R. RICE

Janet S. Northrup, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Aspen Exploration, Inc. (the "Debtor") and Gary R. Rice stipulate as follows:

1. Gary R. Rice filed proof of claim number 222 as an unsecured claim in the amount of $4,099,318.75, in the above-referenced bankruptcy proceeding.

2. As part of the compromise resolving certain Avoidance Claims of the Trustee, the parties agree that the proof of claim of Gary R. Rice shall be reclassified and allowed as a subordinated claim under 11 U.S.C. § 510(b) in the amount of $4,099,318.75.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

By: _____
Lindsay Lambert      TBN 11844225
J. Mark Davis        TBN 05518200
Heather McIntyre     TBN 24041076
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel:  713.759.0818
Fax:  713.759.6834

COUNSEL FOR JANET NORTHRUP,
CHAPTER 7 TRUSTEE

1911776-1:ASPEN:0002

AND

*[signature: Gary R. Rice]*

Gary R. Rice
137 Megan Court
Alamo CA 94507

Approved as to form:

*[signature]*

Thomas S. Henderson (TBN 09432300)
Attorney at Law
711 Louisiana Ste 3100
Houston TX 77002-2716
713-227-9500

**ATTORNEY FOR GARY R. RICE**

The above *Stipulation and Order Regarding Claim Number 222 filed by Gary R. Rice* is approved and its terms are so ORDERED.

SIGNED at Houston, Texas, this 10th day of May 2011.

*[signature]*

HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

1911776-1:ASPEN:0002

Case 08-50325   Document 1042   Filed in TXSB on 05/10/11   Page 3 of 4
Case 08-50325   Document 1039   Filed in TXSB on 05/09/11   Page 3 of 4
Case 08-50325   Document 881   Filed in TXSB on 12/23/10   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/27/2010

IN RE: §
§
ASPEN EXPLORATION, INC., § CASE NO. 08-50325
§ (Chapter 7)
DEBTOR §
§

ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE A
CLASS OF CONTROVERSIES PURSUANT TO FED. R. BANKR. P. 9019(b)
(85%/510(b) CLAIM SETTLEMENTS)
[Related to Docket No. 842]

Came on for consideration, Janet Northrup, Chapter 7 Trustee's ("Trustee") *Motion for Authority to Compromise a Class of Controversies Pursuant to Fed. R. Bankr. P. 9019(b) (85%/510(b) Claim Settlements)* (the "Motion"). Having considered the Motion, any objections thereto, and evidence and arguments of counsel, if any, the Court is of the opinion that the Motion should be granted. It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Trustee may settle causes of action arising under chapter 5 of title 11 and objections to claims on the following basis: persons receiving transfers the Trustee contends are avoidable pursuant to chapter 5 of title 11 may compromise that controversy by paying the Trustee 85% of the transfers at issue. Further, to the extent any such person has filed a proof of claim the Trustee contends should be equitably subordinated pursuant to 11 U.S.C. § 510(b), such person may resolve such claim objection by returning 85% of the avoidable transfers and withdrawing such claim in exchange for the Trustee's recognition of the amount of the claimant's investments with the Debtor or an affiliate of the Debtor as an allowed claim under 11 U.S.C. § 510(b). It is further

1812737-1:ASPEN:0002

EXHIBIT

Case 08-50325    Document 1042    Filed in TXSB on 05/10/11    Page 4 of 4
Case 08-50325    Document 1039    Filed in TXSB on 05/09/11    Page 4 of 4
Case 08-50325    Document 881    Filed in TXSB on 12/23/10    Page 2 of 2

ORDERED that the Trustee is authorized to execute all documents and take all other actions necessary to complete the settlements and compromise of controversies on the terms set out in the Motion or in a form substantially similar to that set out in the Motion.

SIGNED December 23, 2010

*Wesley W. Steen*

THE HONORABLE WESLEY W. STEEN,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND SUBMITTED:

/s/ Heather McIntyre
Lindsay Lambert       TBN 11844225
llambert@hwa.com
J. Mark Davis         TBN 05518200
mdavis@hwa.com
Heather McIntyre      TBN 24041076
hhm@hwa.com
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel:  713.759.0818
Fax:  713.759.6834
COUNSEL FOR CHAPTER 7 TRUSTEE