Case 08-50325   Document 1132   Filed in TXSB on 09/06/11   Page 1 of 3
Case 08-50325   Document 1124   Filed in TXSB on 08/18/11   Page 1 of 3

ENTERED
09/06/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASPEN EXPLORATION, INC. | § | Case No. 08-50325-H2-7 |
| | § | (Chapter 7) |
| Debtor | § | |

## STIPULATION REGARDING REVISION OF ALLOWANCE OF CLAIM 222 FILED BY GARY R. RICE

COMES NOW Janet S. Northrup, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Aspen Exploration, Inc. (the "Debtor") and Gary R. Rice ("Rice"), a creditor of the estate and stipulate as follows:

1. Rice filed proof of claim number 222 (the "Rice Claim") as an unsecured claim in the amount of $4,099,318.75 in this case.

2. Pursuant to a compromise regarding avoidance of a transfer to Rice by the Debtor, approved by this Court under docket number 1042 entered on May 10, 2011, the Rice Claim was reclassified and allowed as a subordinated claim under 11 U.S.C. § 510(b) in the amount of $4,099,318.75.

3. Pursuant to a compromise (the "RB6 Settlement") between the Trustee and, among others, RB6 Management Company, LLC, approved by this Court under docket number 1081 entered on July 18, 2011, a revised settlement protocol, applicable to all affected claims notwithstanding their prior allowance, which provides a basis for the modification of the allowance of the Rice Claim.

4. The components of the Rice Claim, as adjusted pursuant to the RB6 Settlement, would result in the following recalculation:

| Well | Rice Investment | Unsecured Claim | Subordinated Claim |
|---|---|---|---|
| Crews #3 | $ 27,887.50 | $ 836.63 | $ 41,831.25 |
| Crews #4 | $ 2,513,980.00 | $ 75,419.40 | $3,770,970.00 |
| RB #6 | $ 1,491,826.02 | $ 44,754.78 | $2,237,739.00 |
| Manso South | $ 18,750.00 | -- | $18,750.00 |
| Manso North | $ 46,875.00 | -- | $ 46,875.00 |
| Total | $ 4,099,318.75 | $ 121,010.81 | $ 6,116,165.20 |

5. The Trustee and Rice stipulate that the Rice Claim be allowed as an unsecured claim in the amount of $121,010.81 and as a subordinated claim under 11 U.S.C. § 510(b) in the amount of $6,116,165.20.

6. The modification of the claim allowance pursuant to this Stipulation does not affect the obligation of Rice to complete payment of the monthly payments on the avoided amount as previously agreed and ordered by this Court.

Dated: August 18, 2011

HUGHES WATTERS ASKANASE, LLP

By: _____
Lindsay Lambert (TBA No. 11844225
J. Mark Davis (TBA No. 05528200)

333 Clay Street, 29th Floor
Houston, Texas 77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834

COUNSEL FOR JANET NORTHRUP,
CHAPTER 7 TRUSTEE

THOMAS S. HENDERSON, Attorney At Law

By: /s/ T.S. Henderson

Thomas S. Henderson (TBA No. 09432300)

South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002-2716
Telephone: (713) 227-9500
Facsimile:  (713) 620-3023

COUNSEL FOR GARY R. RICE

## ORDER APPROVING STIPULATION

The above Stipulation Regarding Revision of Allowance of Claim 222 Filed by Gary R. Rice is approved and its terms are so ORDERED.

SIGNED this **6th** day of **Sept.**, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE