IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASPEN EXPLORATION, INC. | § | CASE NO. 08-50325-H3 |
| | § | (Chapter 7) |
| DEBTOR | § | |

### TRUSTEE'S MONTHLY OPERATING REPORT
### FOR THE MONTH OF OCTOBER 2013

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Janet S. Northrup, Trustee of the bankruptcy estate of Aspen Exploration, Inc., Debtor, files her Monthly Operating Report for the Month of October 2013, pursuant to 11 U.S.C. § 704(a)(8), Bankruptcy Rule 2015, and Local Rule 2015.

Respectfully submitted,

*/s/ Rhonda R. Chandler*
Rhonda R. Chandler   TBN 04101600
HUGHES WATTTERS ASKANASE LLP
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 328-2831 Telephone
(713) 759-6834 Facsimile
ATTORNEYS FOR JANET S.
NORTHRUP, TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the United States Trustee, 515 Rusk, Ste. 3516, Houston, Texas 77002, via electronic notice or first class mail, on this 25th day of November 2013.

*/s/ Rhonda R. Chandler*
Rhonda R. Chandler

2812924:ASPEN:0001

**MOR-1**

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325
PROPOSED PLAN DATE:

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH - OCTOBER 2013

| MONTH | NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 15,183.93 | 15,440.33 | 655.05 | 218.51 | 188.78 | 189.82 | 11,713.81 | 199.67 | 218.68 | 219.39 | 82,949.19 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -140,589.54 | -231,889.30 | -32,014.23 | -29,090.76 | -20,052.67 | -193,079.04 | -9,981.28 | -45,436.01 | 55,826.10 | -11,975.26 | 20,793.82 | -39,999.67 |
| NET INCOME (LOSS) (MOR-6) | -129,901.31 | -226,889.30 | -967,082.18 | -28,090.76 | -17,052.67 | -197,382.62 | -9,175.28 | -45,676.46 | 104,423.10 | -11,975.26 | 18,362.45 | -39,999.67 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 281,715.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 156,685.24 | 0.00 | 30,594.97 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 8,658.74 | 287,665.53 | 842,772.75 | 5,845.40 | 5,562.87 | 12,043.35 | 2,825.34 | 18,524.27 | 159,913.58 | 1,076.81 | 50,341.82 | 28,475.65 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE* | | CIRCLE ONE | | | |
|---|---|---|---|---|---|
| | | EXP. DATE | Are all accounts receivable being collected within terms? | Yes **No** | See Note 1 |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No | See Note 2 |
| CASUALTY | YES ( ) NO (X) | - - | Have any pre-petition liabilities been paid? | Yes **No** | See Note 3 |
| LIABILITY | YES ( ) NO (X) | - - | If so, describe | | |
| VEHICLE | YES ( ) NO (X) | - - | Are all funds received being deposited into DIP bank accounts? | Yes No | **N/A** |
| WORKER'S | YES ( ) NO (X) | - - | Were any assets disposed of outside the normal course of business? | Yes No | |
| WELL CONTROL | YES ( ) NO (X) | - - | If so, describe  Trustee has abandoned certain assets as indicated on dockett | | |
| UMBRELLA | YES ( ) NO (X) | - - | Are all U.S. Trustee Quarterly Fee Payments current? | Yes No | **N/A** |
| | | | What is the status of your Plan of Reorganization? | N/A | |

ATTORNEY NAME: Rhonda Chandler
FIRM NAME: HughesWattersAskanase, LLP
ADDRESS: 333 Clay Street, 29th Floor
CITY, STATE, ZIP: Houston, TX 77002
TELEPHONE/FAX: (713) 759-0818 / (713) 759-6834

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: Chapter 7 Trustee

Janet S. Northrup, Chapter 7 Trustee for the bankruptcy estate of Aspen Exploration, Inc.
(PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98

MOR-1

Note 1: Investigation is ongoing as to Debtor's accounts receivable.
Note 2: Investigation is ongoing as to extent of Debtor's post-petition liabilities and have been paid to the extent described herein.
Note 3: The trustee has paid no pre-petition liabilities.
\* General liability and umbrella insurance policies are maintained by the current operator, Zachry Exploration, Ltd. and the Trustee is named as an additional insured on these policies.

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

| ASSETS | MONTH NOVEMBER** | MONTH DECEMBER** | MONTH JANUARY** | MONTH FEBRUARY** | MONTH MARCH** | MONTH APRIL** | MONTH MAY** | MONTH JUNE** | MONTH JULY** | MONTH AUGUST** | MONTH SEPTEMBER** | MONTH OCTOBER** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Cash | 4,704,174.01 | 4,421,677.87 | 3,580,142.00 | 3,575,515.11 | 3,573,141.02 | 3,561,287.49 | 3,570,981.96 | 3,558,990.16 | 3,448,295.26 | 3,448,309.34 | 3,480,916.71 | 3,452,441.06 |
| Accounts Receivable, Net | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | |
| Prepaid Expenses | 114,635.60 | 105,981.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 4,818,809.61 | 4,527,659.05 | 3,580,142.00 | 3,575,515.11 | 3,573,141.02 | 3,561,287.49 | 3,570,981.96 | 3,558,990.16 | 3,448,295.26 | 3,448,309.34 | 3,480,916.71 | 3,452,441.06 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| TOTAL ASSETS | $4,818,809.61 | $4,527,659.05 | $4,527,659.05 | $3,575,515.11 | $3,573,141.02 | $3,561,287.49 | $3,570,981.96 | $3,558,990.16 | $3,448,295.26 | $3,448,309.34 | $3,480,916.71 | $3,452,441.06 |

MOR-2

** Balances in Trustee's account at end of requisite month.

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

| LIABILITIES & OWNER'S EQUITY | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 404,507.63 | 340,246.37 | 359,811.50 | 383,275.37 | 397,953.95 | 583,483.04 | 602,352.79 | 636,037.45 | 420,919.45 | 432,918.79 | 447,163.71 | 458,687.73 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | |
| Notes Payable - Secured | | | | | | | | | | | | |
| Priority Debt | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | |
| Unsecured Debt | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 404,507.63 | 340,246.37 | 359,811.50 | 383,275.37 | 397,953.95 | 583,483.04 | 602,352.79 | 636,037.45 | 420,919.45 | 432,908.79 | 447,163.71 | 458,687.73 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | 4,414,301.98 | 4,187,412.68 | 3,220,330.50 | 3,192,239.74 | 3,175,187.07 | 2,977,804.45 | 2,968,629.17 | 2,922,952.71 | 3,027,375.81 | 3,015,390.55 | 3,033,753.00 | 2,993,753.33 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 4,414,301.98 | 4,187,412.68 | 3,220,330.50 | 3,192,239.74 | 3,175,187.07 | 297,804.45 | 2,968,629.17 | 2,922,952.71 | 3,027,375.81 | 3,015,400.55 | 3,033,753.00 | 2,993,753.33 |
| TOTAL LIABILITIES & OWNERS EQUITY | $4,818,809.61 | $4,527,659.05 | $3,580,142.00 | $3,575,515.11 | $3,573,141.02 | $3,561,287.49 | $3,570,981.96 | $3,558,990.16 | $3,448,295.26 | $3,448,309.34 | $3,480,916.71 | $3,452,441.06 |

MOR-3

Revised 07/01/98

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

## SCHEDULE OF POST-PETITION LIABILITIES**

| | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 15,729.00 | 0.00 | 0.00 |
| TAX PAYABLE | | | | | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | | | | | |
| State Payroll Taxes | | | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | | | |
| Other Taxes | | | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 388,778.63 | 324,517.37 | 344,082.50 | 367,546.37 | 382,224.95 | 567,754.04 | 586,623.79 | 620,308.45 | 405,190.45 | 417,179.79 | 447,163.71 | 458,687.73 |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $404,507.63 | $340,246.37 | $359,811.50 | $383,275.37 | $397,953.95 | $583,483.04 | $602,352.79 | $669,722.11 | $420,919.45 | $420,919.45 | $447,163.71 | $458,687.73 |

*Payment requires Court Approval
MOR-4

Revised 07/01/98

** Post-petition liabilities listed are limited to known liabilities incurred by the Trustee and do not necessarily reflect all post-petition liabilities of Debtor, such as lease operating expenses.

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

## AGING OF POST-PETITION LIABILITIES*
MONTH OCTOBER

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | |
| 31-60 | 0.00 | 0.00 | | | |
| 61-90 | 0.00 | 0.00 | | | |
| 91+ | 0.00 | 0.00 | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | |
|---|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

\* Post-petition liabilities listed are limited to known liabilities incurred by the trustee and do not necessarily reflect all post-petition liabilities of debtor, such as lease operating expenses.

\*\* Trustee believes that accounts receivable exist, however none are listed due to ongoing investigation.

MOR-5

*Revised 07/01/98*

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

| | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 15,183.93 | 15,440.33 | 655.05 | 218.51 | 188.78 | 189.82 | 11,713.81 | 199.67 | 218.68 | 219.39 | 82,949.19 | 0.00 | 5,107,625.81 |
| TOTAL COST OF REVENUES | 10,979.46 | 23,925.36 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,783,427.95 |
| GROSS PROFIT | 4,204.47 | -8,485.03 | 654.94 | 218.51 | 188.78 | 189.82 | 11,713.81 | 199.67 | 218.68 | 219.39 | 82,949.19 | 0.00 | 3,324,197.86 |
| OPERATING EXPENSES: | | | | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | | | | 0.00 |
| General & Administrative | 8,658.74 | 5,950.21 | 5,865.25 | 5,845.40 | 5,562.87 | 7,739.77 | 2,825.34 | 3,951.02 | 2,825.34 | 215.31 | 1,576.48 | 1,510.11 | 279,396.77 |
| Insiders Compensation | | | | | | | | | | | | | 0.00 |
| Professional Fees | 136,135.27 | 217,454.06 | 19,565.13 | 23,463.87 | 14,678.58 | 185,529.09 | 18,869.75 | 41,684.66 | -58,432.76 | 11,989.34 | 60,578.89 | 11,524.02 | 3,816,001.97 |
| Insurance | | | 7,238.79 | | | | | | | | | 3,454.19 | 43,226.32 |
| Other | | | | | | | | | | | | 23,511.35 | 23,511.35 |
| TOTAL OPERATING EXPENSES | 144,794.01 | 223,404.27 | 32,669.17 | 29,309.27 | 20,241.45 | 193,268.86 | 21,695.09 | 45,635.68 | -55,607.42 | 12,204.65 | 62,155.37 | 39,999.67 | 4,162,136.41 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -140,589.54 | -231,889.30 | -32,014.23 | -29,090.76 | -20,052.67 | -193,079.04 | -9,981.28 | -45,436.01 | 55,826.10 | -11,985.26 | 20,793.82 | -39,999.67 | -837,938.55 |
| INTEREST EXPENSE | | | | | | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | -10,688.23 | -5,000.00 | 935,067.95 | -1,000.00 | -3,000.00 | 4,303.58 | -806.00 | 240.45 | -48,597.00 | 0.00 | 2,431.37 | | -3,831,691.88 |
| OTHER ITEMS** | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | -10,688.23 | -5,000.00 | 935,067.95 | -1,000.00 | -3,000.00 | 4,303.58 | -806.00 | 240.45 | -48,597.00 | 0.00 | 2,431.37 | 0.00 | -3,831,691.88 |
| NET INCOME BEFORE TAXES | -129,901.31 | -226,889.30 | -967,082.18 | -28,090.76 | -17,052.67 | -197,382.62 | -9,175.28 | -45,676.46 | 104,423.10 | -11,985.26 | 18,362.45 | -39,999.67 | 2,993,753.33 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($129,901.31) | ($226,889.30) | ($967,082.18) | ($28,090.76) | ($17,052.67) | ($197,382.62) | ($9,175.28) | ($45,676.46) | $104,423.10 | ($11,985.26) | $18,362.45 | ($39,999.67) | $2,993,753.33 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote

MOR-6

*Revised 07/01/98*

November amount consists of recover of post-petition payments from Pogos Liquor ($1,000.00), Wave Energy Liquidating Trust ($6,231.28), The Trickey Law Firm ($3,356.95), and Charles D. Bonnel ($100.00). December amount consists of recover of post-petition payments from Pogos Liquor ($1,000.00) and Judco Properties II, LLC ($4,000.00). January amount consists of recover of post-petuion payments from Pogos Liquor ($1,000.00) and payments to Escudo Oil & Gas for the transfer of Rancho Blanco wells in the amount of $772,500.00, $39,457.18, and $17,711.53 and transfer of prepaid expense balance with Zachry of $105,527.74. February amount consists of recovery of post-petition payment from Pogos Liquor ($1,000.00). March amount consists of recovery of post-petition payment from Pogos Liquor ($2,000.00) and payments from Escudo Oil & Gas for the well process of Rancho Blanco wells in the amount of ($200.00), ($200.00), ($300.00) and ($300.00). April amount consists of payments to Louisiana Department of Revenue for 2012 tax liability of $1,194.00, Delaware Division of Corporations of $806.00 (to be refunded in May 2013), and to Edwards County Tax Office for 2012 property taxes for Greer well of $2,303.58. May amount consists of recovery of post-petition payments from Cyrus J. Cole of ($6,037.67 and $295.13) which were returned by the bank for insufficient funds netting to zero and a refund from Delaware Division of Corporations of ($806.00). June amount consists of recovery of post-petition payments from Cyrus J. Cole of ($6,037.67 and $295.13) and a payment to Elite Document Technology for the destruction of documents. July amount consists of recovery of post-petition payments from National Oilwell Varco of ($49,000.00) and a payment to College Hunks Hauling Junk for destruction of documents in the amount $403.00. September amount consists of payment to the Louisiana Department of Revenue for franchise tax payments totalling $2,430.97 and a payment to the Texas Comptroller for franchise taxes in the amount of $0.40.

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

| CASH RECEIPTS AND DISBURSEMENTS | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $4,701,932.20 | $4,704,174.01 | $4,421,677.87 | $3,580,142.00 | $3,575,515.11 | $3,573,141.02 | $3,561,287.49 | $3,570,981.96 | $3,558,990.16 | $3,448,295.26 | $3,448,309.34 | $3,480,916.71 | $0.00 |
| RECEIPTS: | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | 10,900.55 | 5,169.39 | 1,236.88 | 1,218.51 | 3,188.78 | 189.82 | 12,519.81 | 6,532.47 | 49,218.68 | 219.39 | 82,949.19 | 0.00 | 8,089,277.84 |
| TOTAL RECEIPTS** | 10,900.55 | 5,169.39 | 1,236.88 | 1,218.51 | 3,188.78 | 189.82 | 12,519.81 | 6,532.47 | 49,218.68 | 219.39 | 82,949.19 | 0.00 | 8,089,277.84 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | 4,303.58 | | | | | 2,431.37 | | 54,747.95 |
| 10. SECURED/RENTAL/LEASES | 2,063.00 | 1,031.50 | 1,031.50 | 1,031.50 | 1,031.50 | 1,031.50 | 0.00 | 1,031.50 | 0.00 | -871.50 | 0.00 | | 32,707.90 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | | | | 0.00 |
| 12. INSURANCE | | | 7,238.79 | | | | | | | | 15,739.00 | 3,454.19 | 71,737.08 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 6,595.74 | 4,918.71 | 4,833.75 | 4,813.90 | 4,531.37 | 6,708.27 | 2,825.34 | 2,919.52 | 2,825.34 | 1,076.81 | 1,576.48 | 1,510.11 | 254,450.80 |
| 18. OTHER (attach list) | | | 829,668.71 | 0.00 | | | | 6,573.25 | 403.00 | | | 23,511.35 | 865,878.81 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 8,658.74 | 5,950.21 | 842,772.75 | 5,845.40 | 5,562.87 | 12,043.35 | 2,825.34 | 10,524.27 | 3,228.34 | 205.31 | 19,746.85 | 28,475.65 | 1,279,522.54 |
| 19. PROFESSIONAL FEES | | 281,715.32 | | | | | | 8,000.00 | 156,685.24 | 0.00 | 30,594.97 | | 3,357,314.24 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 8,658.74 | 287,665.53 | 842,772.75 | 5,845.40 | 5,562.87 | 12,043.35 | 2,825.34 | 18,524.27 | 159,913.58 | 205.31 | 50,341.82 | 28,475.65 | 4,636,836.78 |
| 22. NET CASH FLOW | 2,241.81 | -282,496.14 | -841,535.87 | -4,626.89 | -2,374.09 | -11,853.53 | 9,694.47 | -11,991.80 | -110,694.90 | 14.08 | 32,607.37 | -28,475.65 | 3,452,441.06 |
| 23. CASH - END OF MONTH (MOR-2) | $4,704,174.01 | $4,421,677.87 | $3,580,142.00 | $3,575,515.11 | $3,573,141.02 | $3,561,287.49 | $3,570,981.96 | $3,558,990.16 | $3,448,295.26 | $3,448,309.34 | $3,480,916.71 | $3,452,441.06 | $3,452,441.06 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

# CASH ACCOUNT RECONCILIATION
## MONTH OF OCTOBER

| BANK NAME | INTEGRITY | INTEGRITY | INTEGRITY | INTEGRITY | INTEGRITY | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | 42670850325 | 42610850325 | 42620850325 | 42630850325 | 42640850325 | |
| ACCOUNT TYPE | MONEY MARKET | CHECKING - LKS&U | CHECKING - LKS&U | CHECKING - LKS&U | CHECKING - LKS&U | TOTAL |
| BANK BALANCE | 3,465,865.33 | 0.00 | 0.00 | 0.00 | 0.00 | $3,465,865.33 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 13,424.27 | 0.00 | 0.00 | 0.00 | 0.00 | $13,424.27 |
| ADJUSTED BANK BALANCE | $3,452,441.06 | $0.00 | $0.00 | $0.00 | $0.00 | $3,452,441.06 |
| BEGINNING CASH - PER BOOKS | 3,480,916.71 | 0.00 | 0.00 | 0.00 | 0.00 | $3,480,916.71 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 28,475.65 | 0.00 | 0.00 | 0.00 | 0.00 | $28,475.65 |
| ENDING CASH - PER BOOKS | $3,452,441.06 | $0.00 | $0.00 | $0.00 | $0.00 | $3,452,441.06 |

MOR-8   *Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: ASPEN EXPLORATION, INC.
CASE NUMBER: 08-50325

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE<br>NO SUCH PAYMENTS | MONTH<br>NOVEMBER | MONTH<br>DECEMBER | MONTH<br>JANUARY | MONTH<br>FEBRUARY | MONTH<br>MARCH | MONTH<br>APRIL | MONTH<br>MAY | MONTH<br>JUNE | MONTH<br>JULY | MONTH<br>AUGUST | MONTH<br>SEPTEMBER | MONTH<br>OCTOBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH<br>NOVEMBER | MONTH<br>DECEMBER | MONTH<br>JANUARY | MONTH<br>FEBRUARY | MONTH<br>MARCH | MONTH<br>APRIL | MONTH<br>MAY | MONTH<br>JUNE | MONTH<br>JULY | MONTH<br>AUGUST | MONTH<br>SEPTEMBER | MONTH<br>OCTOBER | TOTAL TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. HughesWattersAskanese | | | | | | | | | 156,685.24 | | | | 2,093,406.07 |
| 2. TravisWolff | | 94,637.00 | | | | | | | | | | | 695,205.74 |
| 3. Robbins, Tapp, Cobb | | | | | | | | | | | | | 25,076.50 |
| 4. Willey, Edwards & Wright | | | | | | | | | | | | | 46,473.75 |
| 5. Sessions, Fishman, Nathan, & Israel | | 187,078.32 | | | | | | | | | 30,594.97 | | 310,136.69 |
| 6. Long Consultants | | | | | | | | | | | | | 80,829.31 |
| 7. Freddie Fredricksen | | | | | | | | | | | | | 5,000.00 |
| 8. New Century | | | | | | | | | | | | | 75,000.00 |
| 9. Porter & Hedges, LLP | | | | | | | | | | | | | 1,250.00 |
| 10. Petroleum Consultants, Inc. | | | | | | | | | | | | | 16,936.18 |
| 11. Wells & Cuellar, PC | | | | | | | | 8,000.00 | | | | | 8,000.00 |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $281,715.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $156,685.24 | $0.00 | $30,594.97 | $0.00 | $3,357,314.24 |

MOR-9

Revised 07/01/98

Aspen Exploration Inc. (08-50325)
MOR-7 Support (Other Cash Receipts)
October 2013

| Date | From | Amount |
|---|---|---|
|  |  | - |
| **Total** |  | - |

MOR-7 Support (Other Expenses)
October 2013

| Date | To | Amount |
|---|---|---|
| 10/15/2013 | Timothy Brown | 6,277.79 |
| 10/15/2013 | Desert Crest Country Club Inc. | 4,744.39 |
| 10/15/2013 | Fred Jenson | 2,690.46 |
| 10/15/2013 | Paul GST Exempt Lifetime Trust | 8.24 |
| 10/15/2013 | James Snyder | 2,353.49 |
| 10/15/2013 | St. James Oil Corporation | 5,017.69 |
| 10/15/2013 | Zachry Investment Management | 32.93 |
| 10/15/2013 | Zephyr Investment Co, LLC | 2,353.49 |
| 10/15/2013 | Randado Properties LLC | 8.24 |
| 10/15/2013 | Marline GST Exempt Lifetime Tryst | 8.24 |
| 10/15/2013 | Wilfred Amaya | 0.45 |
| 10/15/2013 | Aparicion Minerals LP | 2.75 |
| 10/15/2013 | Gerard Barrios | 1.62 |
| 10/15/2013 | Joe Byers | 0.21 |
| 10/15/2013 | Donald N. Eberts | 1.68 |
| 10/15/2013 | HMI Investment Co LLP | 3.01 |
| 10/15/2013 | Denise Jacobs | 0.61 |
| 10/15/2013 | Joel P. Kallan, MD | 2.64 |
| 10/15/2013 | Joel P. Kallan, MD | 0.60 |
| 10/15/2013 | Robert Mennis SEP IRA #13138 | 0.30 |
| 10/15/2013 | Mitchell Zeiger SEP | 1.29 |
| 10/15/2013 | Mitchell s. & Suzzane Zeiger | 0.63 |
| 10/15/2013 | William & Patricia Von Eberste | 0.60 |
| **Total** |  | **23,511.35** |

The disbursements are for general and administrative expenses that were not accrued at the time of the formation of the bankruptcy estate.