UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 08-50325-H4-7 |
| | § | |
| Aspen Exploration, Inc., | § | (Chapter 7) |
| | § | |
| Debtor | § | |

## NOTICE OF SUBMISSION OF
## TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

**PLEASE NOTE** that on January 5, 2016, the Chapter 7 Trustee has submitted to the United States Trustee for their review and approval, her *Trustee's Final Report* and *Application for Compensation and Request for Reimbursement of Expenses*.

Respectfully submitted,

DATE: January 5, 2016        BY:    */s/ Janet Northrup*\*
                                    Janet Northrup, Trustee
                                    SBN 03953750
                                    Total Plaza
                                    1201 Louisiana, 28th Floor
                                    Houston, Texas  77002
                                    (713) 759-0818 Telephone
                                    (713) 759-6834 Facsimile
                                    jsn@hwa.com

*\* Signed with permission*

2952447v1:ASPEN:0001