UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-50325-H4-7 |
| ASPEN EXPLORATION, INC. | § | |
| | § | CHAPTER 7 |
| | § | |
| *Debtor* | § | |

### TRUSTEE'S REPORT OF SALE

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW,** Janet S. Northrup, (the "Trustee") of the above entitled and numbered proceeding and respectfully represents as follows:

1. The Trustee filed a *Motion for Approval of Sale of Assets Free and Clear* on April 27, 2010 [Doc. No. 617]. An order approving the sell was entered on August 16, 2010 [Doc. No. 654]. Pursuant to the order, the bankruptcy estate received net proceeds of $50,000.00.

2. The Trustee filed a *Motion to Sell Property Free and Clear* on December 6, 2011 [Doc. No. 1156]. An order approving the sell was entered on January 25, 2012 [Doc. No. 1202]. Pursuant to the order, the bankruptcy estate received net proceeds of $150,000.00.

3. The Trustee filed a *Motion to Sell Rancho Blanco Interests* on October 5, 2012 [Doc. No. 1429]. An order approving the sell was entered on December 12, 2012 [Doc. No. 1457]. Pursuant to the order, the bankruptcy estate received net proceeds of $1,000.00.

4. The Trustee filed a *Motion to Sell Overriding Interests* on April 9, 2013 [Doc. No. 1484]. An order approving the sell was entered on May 16, 2013 [Doc. No. 1493]. Pursuant to the order, the bankruptcy estate received net proceeds of $11,555.00.

Dated this 9th day of June, 2016.

2968904v1:ASPEN:0001

Respectfully submitted,

*/s/ Janet S. Northrup*
Janet S. Northrup
Chapter 7 Trustee
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone:       713.759.0818
Fax:         713-759-6834
Email:       jsn@hwa.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing *Trustee's Report of Sale* has been served on the United States Trustee via CM/ECF via electronic notice at following email address USTPRegion07.HU.ECF@USDOJ.GOV on the 9th day of June, 2016.

*/s/ Janet S. Northrup*
Janet S. Northrup, Trustee

2968904v1:ASPEN:0001