

ENTERED
02/24/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-50325-H2-7 |
| | § | |
| Aspen Exploration, Inc., | § | (Chapter 7) |
| | § | |
| Debtor | § | |

## ORDER

**CAME ON FOR CONSIDERATION**, the Trustee's Amended Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED**, that Janet Northrup, Trustee, is authorized to pay the funds in the amount of $17,790.83, which is more particularly described in **Exhibit "A"** attached hereto, now held by her in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

SIGNED this the 24th day of February, 2017.

APPROVED:
/s/ Janet Northrup
Janet Northrup, Trustee
SBN 03953750
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
jsn@hwa.com

This order is signed for the Court by
the clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK
By: _____
Deputy Clerk

2988071v1:TENSAS:0001

## EXHIBIT "A"

| Check # | Paid To | Claim No. | Claim Amount |
|---|---|---|---|
| 1010 | Timothy Brown<br>c/o Matt Vaughn, Porter & Hedges<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 | 498 | $ 6,277.79 |
| 1014 | James Snyder<br>c/o Matt Vaughn, Porter & Hedges<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 | 496 | $ 2,353.49 |
| 1026 | Denise Jacobs<br>c/o Matt Vaughn, Porter & Hedges<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 | 566 | $ 0.61 |
| 1040 | Frank Takahashi<br>4142 Dry Creek Road<br>Napa, California  94558-9720 | 102 | $ 191.76 |
| 1045 | Gyrodata, Inc.<br>c/o Robert Amis<br>15150 Preston Road, Suite 300<br>Dallas, Texas  75248 | 108 | $ 2,002.19 |
| 1061 | Kenneth Karren, Jr.<br>424 East 4750 North<br>Provo, Utah  84604 | 151 | $ 23.13 |
| 1062 | Joe Draego<br>1030 Stonewood Drive<br>Charlottesville, Virginia  22911 | 154 | $ 75.00 |
| 1102 | John F. Bohmfalk<br>761 Nerita Street<br>Sanibel, Florida  33957 | 213 | $ 46.88 |
| 1119 | H. Wayne Twyman<br>161 S. Jasmine Street<br>Denver, Colorado  80224 | 267 | $ 46.64 |
| 1130 | Mark Snyder<br>9830 161st Street<br>Lakeville, Minnesota  55044 | 36 | $ 306.83 |

## EXHIBIT "A"

| Check # | Paid To | Claim No. | Claim Amount |
|---|---|---|---|
| 1191 | William Daniel Munslow<br>6556 Alderwood Way<br>Gainesville, Virginia  20155 | 465 | $ 104.87 |
| 1192 | William Daniel Munslow<br>6556 Alderwood Way<br>Gainesville, Virginia  20155 | 468 | $ 118.46 |
| 1199 | Stanley O. Erickson<br>12684 Oak Park Avenue, Box 10<br>Sawyer, Michigan  49125 | 483 | $ 121.47 |
| 1202 | Craig A. Miller<br>3014 3rd Street<br>Moline, Illinois  61265 | 492 | $ 99.71 |
| 1220 | Thomas P. Major<br>12001 So. 90th Street<br>Papillon, Nebraska  68046 | | $ 344.77 |
| 1229 | Patti J. Kimura<br>29 Hovenwood Circle<br>Sacramento, California  95831 | 555 | $ 37.50 |
| 1230 | Patti J. Kimura<br>29 Hovenwood Circle<br>Sacramento, California  95831 | 556 | $ 28.13 |
| 1233 | Steven W. Statham<br>510 Cimarron Road<br>Monument, Colorado  80132-8430 | 560 | $ 38.35 |
| 1238 | Edward R. Mittelman<br>2647 Buckingham Road<br>Elliott City, Maryland  21043 | 575 | $ 554.72 |
| 1239 | Edward R. Mittelman<br>2647 Buckingham Road<br>Elliott, City, Maryland  21043 | 576 | $ 167.13 |
| 1260 | Alan M. Fisher<br>3670 Homeland Drive<br>Los Angeles, California  90008-4920 | 860 | $ 54.47 |

## EXHIBIT "A"

| Check # | Paid To | Claim No. | Claim Amount |
|---|---|---|---|
| 1261 | Alan M. Fisher<br>3670 Homeland Drive<br>Los Angeles, California 90008-4920 | 861 | $ 28.55 |
| 1291 | Richard E. Ernest<br>Colt Ledger & Associates, Inc.<br>P. O. Box 39<br>Moss, Tennessee 38575 | 999 | $ 76.70 |
| 1292 | Richard E. Ernest<br>Colt Ledger & Associates, Inc.<br>P. O. Box 39<br>Moss, Tennessee 38575 | 999 | $ 374.14 |
| 1293 | Gary J. Schoop<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 909 | $ 180.06 |
| 1294 | Donald Burton<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 911 | $ 93.75 |
| 1295 | Glen and Anne Cook<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 912 | $ 89.23 |
| 1300 | JoAnn Sanders<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 913 | $ 37.50 |
| 1301 | Dr. Lubin Kan and Paopei Kan<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 914 | $ 1,312.50 |
| 1302 | James E. Swanson<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois 60174 | 916 | $ 93.75 |

## EXHIBIT "A"

| Check # | Paid To | Claim No. | Claim Amount |
|---|---|---|---|
| 1303 | Robert and Elaine DeCerck<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 917 | $ 346.75 |
| 1304 | Gary Schreiner<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 918 | $ 536.92 |
| 1305 | Greg Schreiner<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 919 | $ 199.42 |
| 1306 | Kathleen Smith<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 920 | $ 309.38 |
| 1307 | James and Marl Jo Schuneman<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 921 | $ 93.75 |
| 1315 | Thomas A. Hertz<br>c/o Daniel R. Kirshbaum<br>Daniel R. Kirschbaum, PC<br>5300 Memorial, Suite 700<br>Houston, Texas  77007 | 640 | $ 74.78 |
| 1322 | James K. Borowski<br>1718 Bean Oller Road<br>Delaware, Ohio  43015 | 659 | $ 230.10 |
| 1333 | Donald W. Wisner<br>11629 Garnsey Avenue<br>Grand Haven, Michigan  49417 | 691 | $ 99.71 |

## EXHIBIT "A"

| Check # | Paid To | Claim No. | Claim Amount |
|---|---|---|---|
| 1347 | Keith E. Buhrdorf<br>c/o Daniel R. Kirschbaum<br>Daniel R. Kirschbaum, PC<br>5300 Memorial, Suite 700<br>Houston, Texas  77007 | 757 | $ 187.50 |
| 1348 | Keith E. Buhrdorf<br>c/o Daniel R. Kirschbaum<br>Daniel R. Kirschbaum, PC<br>5300 Memorial, Suite 700<br>Houston, Texas  77007 | 759 | $ 299.14 |
| 1389 | Paul G. Bliss<br>Higgins & Burke, PC<br>7 South Second Avenue<br>St. Charles, Illinois  60174 | 915 | $ 131.25 |
| 1393 | Guy E. Saville<br>1920 Ellinwood Road<br>Baltimore, Maryland  21237 |  | $ 2.05 |
|  |  | TOTAL | $ 17,790.83 |