UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE:

Aspen Exploration, Inc.

                    (Debtor),

BANKRUPTCY CASE NUMBER
08-50325-H2-7

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Northport Production Co., in the amount of $10,517.84, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 02/01/2017 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Northport Production Company c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $10,517.84 to Northport Production Company at the following address:

                    Northport Production Company
                    C/o Dilks & Knopik, LLC
                    35308 SE Center St,
                    Snoqualmie, WA  98065

Dated: _____          _____

                                         UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98