

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/13/2017

IN RE:                                    §         Case No.  08-50325
Aspen Exploration, Inc.

Debtor(s)                                 §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __1638__) is denied for the following reason(s):

1. _____   Applicant's signature is not notarized.

2. _____   Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____   Application was not served on U.S. Attorney and U.S. Trustee.

4. _____   Proposed Order not filed by applicant.

5. _____   Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__   Other:  Funds paid by Trustee to Northport Production Company (Response #1639)

Signed __3/13/2017__.

United States Bankruptcy Judge